

**NISAR LAW GROUP, P.C.**
Employment Attorneys
570 Lexington Avenue, 16th fl.
New York, NY 10022

Casey J. Wolnowski, *Senior Managing Counsel*
Eamil: cwolnowski@nisarlaw.com
Ph.: (646) 449 7210

November 12, 2019

*Via ECF*
Hon. Alvin K. Hellerstein, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/19
```

Re:   *Martinez v. Paige Hospitality Group, LLC, et al.*
      **Case No. 19-cv-05027 (AKH)**

Your Honor:

This letter is respectfully submitted with regards to the above-captioned matter and on behalf of the plaintiff Shelvey Martinez. In short, this action has been settled between the parties; in light thereof, the plaintiff respectfully asks the Court to stay all present deadlines, and to allow the parties a reasonable period of time in order to file a stipulation of dismissal. The plaintiff anticipates that a stipulation of dismissal will be filed no later than December 13, 2019.

The plaintiff and her counsel thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Casey J. Wolnowski*

Casey J. Wolnowski, Esq.
*Attorney for Plaintiff*

cc:   Defendants' counsel (via ECF)

---

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 11-13-19